```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PAUL MARTINKA,

                    Plaintiff,
                                                    ORDER
        - against -
                                                25 Civ. 00003 (NRB)
275 LEGAL COLLECTIVE MANAGEMENT, LLC
D/B/A TACOPINA SEIGEL & DEOREO,
                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:   New York, New York
         April 3, 2025

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE